# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Michael Thompson, | No. CV-18-00478-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Qal Dalmi Auto Sale LLC, *et al.*, | |
| Defendants. | |

At issue is Plaintiff's Motion for Default Judgment (Doc. 17), which is supported by the Declaration of Hyung S. Choi (Doc. 18).

Pursuant to Federal Rule of Civil Procedure 55(a), the Court entered default against Defendants Qal Dalmi Auto Sale LLC and Qahtan H. Abdulameer on May 7, 2018. (Doc. 14.) The Court now has discretion to enter a default judgment against Defendants pursuant to Federal Rule of Civil Procedure 55(b). *See Aldabe v. Aldabe*, 616 F.2d 1089, 1092 (9th Cir. 1980); *Draper v. Coombs*, 792 F.2d 915, 924 (9th Cir. 1986). Factors the Court should consider in deciding whether to grant default judgment include: (1) the possibility of prejudice to Plaintiff, (2) the merits of the claims, (3) the sufficiency of the complaint, (4) the amount of money at stake, if any, (5) the possibility of a dispute concerning material facts, (6) whether default was due to excusable neglect, and (7) the policy favoring a decision on the merits. *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986).

As Plaintiff demonstrates in his Motion (Doc. 17), the *Eitel* factors weigh heavily in favor of an entry of default judgment against Defendants. Plaintiff also shows that the requested damages are supported by the evidence and reasonable. The Court's conclusion is therefore straightforward: Plaintiff is entitled to the requested default judgment against Defendants.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Default Judgment (Doc. 17) is granted.

IT IS FURTHER ORDERED directing the Clerk of Court to enter final judgment in favor of Plaintiff James Michael Thompson and against Defendants Qal Dalmi Auto Sale LLC and Qahtan H. Abdulameer, jointly and severally, in the amount of $31,500, plus attorney's fees of $3,995 and court costs of $592, for all of which sums let execution issue. This judgment shall bear interest at the legal rate from the date of entry of judgment until satisfied.

IT IS FURTHER ORDERED directing the Clerk of Court to close this case.

Dated this 1st day of August, 2018.

_____
Honorable John J. Tuchi
United States District Judge